Eva Bassuot, appellee, v. H. F. De Longe, appellant. Gen. No. 33,552.

 Opinion filed March 5, 1930.
Gustav E. Beerly, for appellant. H. E. Raymond, for appellee.
Mr. Justice Ryner delivered the opinion of the court.